**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Case No. 19-20841

REGINALD FULTON,

       Defendant.
_____/

## ORDER STRIKING PRO SE AFFIDAVIT

On March 19, 2020, an "affidavit" was filed by Defendant Reginald Fulton. (ECF No. 27.) The court strikes the pro se filing for the reasons amply explained in its February 26, 2020, order striking Defendant's pro se "notice of claim." (ECF No. 26.) Accordingly,

IT IS ORDERED that Defendant's "Affidavit of Improper Jurisdiction" (ECF No. 27) is hereby STRICKEN from the docket of this court.

                                                    s/Robert H. Cleland            /
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 20, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2020, by electronic and/or ordinary mail.

                                                    s/Lisa Wagner              /
                                                    Case Manager and Deputy Clerk
                                                    (810) 292-6522

S:\Cleland\Cleland\HEK\Criminal\19-20841.FULTON.strike.second.pro.se.filing.HEK.docx